| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Urbanski, Michael F. | 2. Court or Organization<br><br>Virginia - Western District | 3. Date of Report<br><br>05/09/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>210 Franklin Road, SW, Suite 350<br>Roanoke, VA 24011-2208 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Family Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Part-Time Employee - [          ] / self-employed gardener (occasional) |
| 2. 2013 | Part-Time Employee - The Second Yard, Inc. |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 01/09/2013 - 01/10/2013 | Charlottesville, VA | National Trial Advocacy College | Meals, Lodging, Transportation |
| 2. | UVA Law School | 02/22/2013 - 02/23/2013 | Charlottesville, VA | Moot Court Tournament | Meals, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (accounts) | A | Interest | K | T | | | | | |
| 2. Grayson Bankshares, Inc. | | None | K | U | | | | | |
| 3. Shenandoah Life Insurance Co. - Whole Life | A | Interest | J | T | | | | | |
| 4. MetLife Policyholder Trust | A | Dividend | J | T | | | | | |
| 5. Real Estate/Carroll Co., VA (1/2 int) (see Part VIII) | | None | L | S | Sold (part) | 04/16/13 | J | C | Va. Depart of Transp. |
| 6. AXA Equitable/ Multimanager Aggressive Equity Fund | B | Dividend | J | T | | | | | |
| 7. Northwestern Mutual - Ordinary Life | B | Dividend | K | T | | | | | |
| 8. Northwestern Mutual - Custom Comp Life | B | Dividend | K | T | | | | | |
| 9. Northwestern Mutual - Term to Age 65 | B | Dividend | K | T | | | | | |
| 10. Northwestern Mutual - Whole Life | A | Dividend | J | T | | | | | |
| 11. Northwestern Mutual - 65 Life (see Part VIII) (y) | | | | | | | | | |
| 12. Northwestern Mutual - 65 Life (see Part VIII) (y) | | | | | | | | | |
| 13. USAA Subscriber's Account * (x) | A | Distribution | J | T | | | | | |
| 14. Fairpoint Communications, Inc. FRCMQ * (x) | | None | | | Sold | 06/26/13 | J | A | |
| 15. Dominion Resources, Inc. D * (x) | A | Dividend | | | Sold | 06/06/13 | K | E | |
| 16. Frontier Comm. Corp. FTR * (x) | A | Dividend | | | Sold | 06/06/13 | J | A | |
| 17. USAA S&P 500 Index Fund USSPX * (x) | A | Dividend | | | Sold | 06/27/13 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. USAA Tax Exempt Inter. Term Fund USATX * (x) | A | Dividend | | | Sold | 06/27/13 | K | A | |
| 19. USAA Tax Exempt Virginia Bond Fund USVAX * (x) | A | Dividend | | | Sold | 06/27/13 | K | A | |
| 20. USAA Life Ins. Co. Annuity * (x) | D | Interest | M | T | | | | | |
| 21. USAA Life Ins. Co. Annuity * (x) | A | Interest | J | T | | | | | |
| 22. USAA Life Ins. Co. Annuity * (x) | A | Interest | K | T | | | | | |
| 23. Wells Fargo Advisors Cash Account * (x) | A | Interest | J | T | | | | | |
| 24. Invt Mngrs Ctr Coast Ins CCCNX * (x) | B | Dividend | L | T | Buy | 07/18/13 | K | | |
| 25. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 26. | | | | | Buy (add'l) | 11/12/13 | K | | |
| 27. Federated Strt Flu Instl SVAIX * (x) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 28. | | | | | Buy (add'l) | 11/12/13 | K | | |
| 29. Goldman Sachs Satllt Prt GXSIX * (x) | B | Dividend | L | T | Buy | 07/18/13 | K | | |
| 30. | | | | | Buy (add'l) | 09/27/13 | K | | |
| 31. | | | | | Buy (add'l) | 11/12/13 | K | | |
| 32. Ivy High Income Fd1 IVHIX * (x) | A | Dividend | K | T | Buy | 07/18/13 | J | | |
| 33. | | | | | Buy (add'l) | 09/27/13 | J | | |
| 34. | | | | | Buy (add'l) | 11/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Legg Mason Clrbrdg Agg 1 SAGYX *(x) | A | Dividend | L | T | Buy | 07/18/13 | K | | |
| 36. | | | | | Buy | 11/12/13 | K | | |
| 37. Lord Abbett Intl Div Incm Fd Cl LIDFX * (x) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 38. | | | | | Buy | 11/12/13 | J | | |
| 39. Thornburg Dev. Wrld Inst THDIX * (x) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 40. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 41. Touchstone Mid Cap Inst. TMCPX * (x) | A | Dividend | K | T | Buy | 07/18/13 | K | | |
| 42. | | | | | Buy (add'l) | 11/12/13 | J | | |
| 43. CUNA Mutual Members Variable Annuity * (x) | D | Int./Div. | M | T | | | | | |
| 44. 1st Advantage Federal Credit Union-Accounts * (x) | A | Dividend | J | T | | | | | |
| 45. American General Life Insurance - Whole Life * (x) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts, Line 5 -- One-half interest in real estate in Carroll County, Virginia. The assessed value of the entire parcel is $165,300. Part of the acreage was sold on 04/16/2013 to the Virginia Department of Transportation.

Part VII Investments and Trusts, Lines 11 and 12 -- These items are life insurance policies on                                    . During 2013, the ownership deisgnation for the policies was changed to their names. I no longer own these policies.

Part VII Investments and Trusts, Lines 13 - 45 -- All of these assets, indicated with an asterisk, are owned by Family Trust #1. I became a trustee of this trust for a member of my family on June 11, 2013.

| Name of Person Reporting | Date of Report |
|---|---|
| Urbanski, Michael F. | 05/09/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael F. Urbanski**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544